## WEAVER, Admrx v MT. VERNON (city)

Ohio Appeals, 5th Dist, Knox Co
No 306. Decided April 23, 1930

Huggins & Liggett, Columbus, and Wm. L. Robinson, Mt. Vernon, for Weaver.

Robert J. Grossman, City Solicitor, and Harry W. Koons, both of Mt. Vernon, for City.

FUNK, J (9th Dist) sitting by designation in place of HOUCK, J.

Full opinion will be published later, watch **Omnibus Index.**